FILED

02/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0711

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 23-0711

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

*In re* the Parenting of

B.C.H. and T.C.H.,

      Minor Children.

…………………………………………

PAUL HENION,

      Petitioner/Appellee,

and

GENAVIERE BRADFORD,

      Respondent/Appellant.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION FOR 1ST EXTENSION OF TIME TO FILE BRIEF**

The Court having considered Appellee Paul Henion's Motion for Extension of Time to File Brief; there being no objection thereto; pursuant to Mont. R. App. P. 26(1); and for good cause shown;

IT IS HEREBY ORDERED that Paul's Motion is GRANTED. His Answer Brief shall be filed on or before March 22, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 12 2024